**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH CASILE | : | NO. 09-668 |

## <u>ORDER</u>

AND NOW, this 30th day of September, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss the Indictment (Doc. No. 17) is DENIED, without prejudice.

BY THE COURT:

/s/ Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-668 Casile, US v\Casile CR 09-668 - Order Mot Dismiss Indictment.wpd