# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOSEPH CASILE | : | NO. 09-668 |

## ORDER

AND NOW, this 2nd day of May, 2011, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion for Acquittal and for New Trial (ECF No. 98) and Supplemental Motion for Judgment of Acquittal and for New Trial (ECF No. 106) are DENIED.

BY THE COURT:

/s/ Michael M. Bayslon

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-668 Casile, US v\Casile CR 09-668 - Order Post Verdict Mot.wpd